**Sofia E. BARTIDO, Claimant–
Appellant,**

v.

**R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 2006–7012.

United States Court of Appeals,
Federal Circuit.

March 29, 2006.

Sofia E. Bartido, pro se.

*ORDER*

Sofia Bartido having failed to respond to
the court's November 28, 2005 order con-
cerning jurisdiction over her appeal of the
judgment of the United States Court of
Appeals for Veterans Claims in *Bartido v.*

*DVA,* 04–0017 (Oct. 21, 2005), within the time allotted,

IT IS ORDERED THAT:

(1) 2006–7012 is dismissed.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.